41 A.3d 858

COMMONWEALTH of Pennsylvania, Respondent

v.

Gregory WILSON, Petitioner.

No. 166 EM 2011.

Supreme Court of Pennsylvania.

April 11, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of April, 2012, the "King's Bench Motion," treated as an Application for Extraordinary Relief, is **DENIED.**